

**THOMAS J. CATLIOTA**
**U.S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:     **Case No.: 19–11923 – TJC**     **Chapter: 7**

**Luke T Wood**                                    **Michael F Harris Jr.**
**Debtor**

Creditor – Home Point Financial Corporation                    Reaffirmation – [19]

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor
      Attorney for Debtor – Christina M. Alfonsi
      Case Trustee – George W. Liebmann

      U.S. Trustee
      Creditor – Home Point Financial Corporation

### End of Order

34x04 (rev. 02/09/2007) – larter